# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0295. OLIVER WILLIAMS v. CHILD SUPPORT ENFORCEMENT.**

Oliver Williams, a prison inmate proceeding pro se, filed a petition to modify child support. He attached a request to proceed in forma pauperis. The trial court denied his request on November 21, 2017, and Williams filed this application for discretionary appeal from that order on January 13, 2018.[1] We lack jurisdiction.

Pretermitting whether Williams had a right to appellate review of the November 21, 2017 order, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Williams's application was untimely filed 53 days after entry of the order he seeks to appeal.[2]

Accordingly, this application is hereby DISMISSED for lack of jurisdiction.

---

[1] Because Williams is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq., and thus required a discretionary application. See OCGA § 42-12-8.

[2] Williams attempted to file his application on December 22, 2017, but it was not accepted for filing because it did not comply with our Court rules. Even if we had accepted the application on December 22, 2017, it still would have been untimely.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__02/02/2018_____*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*